463 A.2d 38

Commonwealth v. Cairns, Appellant.
Petition for Allowance of Appeal
Denied Nov. 1, 1983.

Argued March 22, 1983.  Jeremiah F. Kane, Assistant Public Defender, for appellant;  Phyllis R. Streitel, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The judgment of sentence is affirmed.

463 A.2d 38

Commonwealth v. Dawson, Appellant.
Petition for Allowance of Appeal
Denied May 2, 1984.

Argued May 2, 1983. Daniel M. Preminger, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the distinguished Delaware County Common Pleas Court Judge Melvin G. Levy is affirmed.